**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00523-CV**
_____

**JUSTIN MARCUS KACZ, Appellant**

**V.**

**DIYANA MATHEWS, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-07-11590**

**MEMORANDUM OPINION**

Justin Marcus Kacz, Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 11, 2026
Opinion Delivered February 12, 2026
Before Golemon, C.J., Johnson and Wright, JJ.

1